UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

February 5, 2016

MEMORANDUM TO PARTIES RE:          Andrew J. Dicks v. Greg Flury, P.A., et al.
                                                                    Civil Action No. GLR-14-1016

Dear Parties:

      Pending before the Court are Defendant Frank Bishop's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 40) and Defendants Greg Flury, P.A., and Colin Ottey, M.D.'s (the "Medical Defendants") Motion to Continue Dispositive Motions Deadline (ECF No. 54). The Court, having reviewed the Motions and supporting documents, finds no hearing necessary. See Local Rule 105.6 (D.Md. 2014). For the reasons that follow, the Motions will be denied without prejudice.

      On September 29, 2015, the Court granted Plaintiff Andrew Dicks's Motion to Appoint Counsel. (ECF No. 55). Since that time, the Court has granted two Motions for Reconsideration of appointment of counsel. (ECF Nos. 60, 63). The Court will deny Bishop's Motion without prejudice until the Court appoints new counsel. When new counsel is appointed and the fourteen-day deadline for filing a motion for reconsideration has passed, Bishop is directed to file a line renewing his Motion.

      As for the Medical Defendants' Motion, the Court will also deny it without prejudice. The current Scheduling Order will be held in abeyance until the Court resolves Bishop's dispositive Motion. After resolving Bishop's Motion, the Court will issue a revised scheduling order

      Based on the foregoing reasons, Bishop's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 40) and the Medical Defendants' Motion to Continue Dispositive Motions Deadline (ECF No. 54) are DENIED WITHOUT PREJUDICE. Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly and mail a copy to Dicks at his address of record.

      Very truly yours,

      /s/
      _____
      George L. Russell, III
      United States District Judge